```
BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

Attorneys for Respondent
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVINASH KASIREM,<br><br>　　　　　Petitioner,<br><br>v.<br><br>MICHAEL L. BENOV, Warden,<br><br>　　　　　Respondent. | CASE NO. 1:14-CV-00175-LJO-SMS (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

　　On May 5, 2014, Respondent requested a 30-day extension of time to file a response to Petitioner's petition under 28 U.S.C. § 2241.

　　IT IS HEREBY ORDERED, that Respondent's request for a 30-day extension is granted.  The response is now due June 4, 2014.

DATED: May 6, 2014

　　　　　　　　　　　　　　　　　　/s/ SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　HON. SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　United States Magistrate Judge